**Deny and Opinion Filed May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00660-CV

## IN RE ALTESSE HEALTHCARE SOLUTIONS, INC. AND SHAWNA BOUDREAUX, Relators

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-04978-2014**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Evans
Opinion by Justice Evans

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate or rescind its December 17, 2015 temporary restraining order and its April 13, 2015 Order Granting Contempt and Sanctions. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that the relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Review of the mandamus record reveals the trial court rendered final judgment in this case on April 27, 2015. Accordingly relators have an adequate remedy by appeal. We deny the petition.

150600F.P05

/David Evans/
DAVID EVANS
JUSTICE